UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JORDAN FOGEL,<br><br>     Defendant. | 17 Cr. 308 (DLC) |

**NOTICE OF INTENT TO REQUEST REDACTION**

  Defendant Jordan Fogel hereby gives notice that a Motion to Redact will be filed with the Court within 21 days from the filing of the transcript of the plea hearing held on May 19, 2017.  Defendant's Motion will request the redaction of statements concerning his medical history, and will be filed under seal in order to prevent public disclosure of that information.

                    Respectfully submitted,

LOEB & LOEB LLP        GREENBERG TRAURIG, LLP

 /s/ Jay K. Musoff         /s/ Marc L. Mukasey
Jay K. Musoff         Marc L. Mukasey
345 Park Avenue        200 Park Avenue
New York, NY 10154       New York, New York 10166
212-407-4212         (212) 801-6832
jmusoff@loeb.com        mukaseym@gtlaw.com

Date: June 30, 2017

## CERTIFICATION OF SERVICE

I hereby certify that on June 30, 2017, a copy of the foregoing Notice of Intent to Request Redaction was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: New York, New York
June 30, 2017

 /s/ Marc L. Mukasey
Marc L. Mukasey
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166
(212) 801-9200
Email: mukaseym@gtlaw.com