```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-

JORDAN FOGEL,

    Defendant
-------------------------------------------------------X

1: 17-CR-000308 (DLC)

ORDER

DENISE COTE, United States District Judge:

It is hereby ORDERED that the defendant's bail is modified to include the following condition of release: Mandatory Drug Treatment.

Dated: New York, New York
      September 4, 2018

_____
DENISE COTE
United States District Judge