Case 1:17-cr-00308-DLC   Document 66   Filed 09/05/18   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
UNITED STATES OF AMERICA,           :        17Cr0308 (DLC)
                                    :
            -v-                     :           ORDER
                                    :
JORDAN FOGEL,                       :
                  Defendant.        :
                                    :
-------------------------------------- X

DENISE COTE, District Judge:

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED 9-5-2018*

On September 4, 2018, the Government requested a <u>Curcio</u> hearing for the reasons set forth in its letter. It is hereby

ORDERED that a <u>Curcio</u> hearing is scheduled for **September 12, 2018** at **11 a.m.** in Courtroom 18B, 500 Pearl Street.

Dated:    New York, New York
          September 5 2018

                                    _____
                                         DENISE COTE
                                    United States District Judge